The Honorable Ronald B. Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| THOMAS W. SEITER,<br><br>Plaintiff,<br><br>vs.<br><br>YOKOHAMA TIRE CORPORATION,<br><br>Defendant. | Modified Case No.: 3:08-CV-05578-RBL<br><br>~~PROPOSED~~ **ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF PRETRIAL FILING DEADLINES** |

This matter came before the Court upon Defendant's Motion for Extension of Pretrial Filing Deadlines of various pretrial pleadings, including a Joint Pretrial Order, Trial Brief, Motions in Limine and Proposed Voir Dire/Jury Instructions.. The Court, having reviewed Defendant's Motion, finds the same to be well-taken.

It is, therefore, ORDERED, ADJUDGED AND DECREED that Defendant's Motion for Extension of Pretrial Filing Deadlines is granted and the parties shall have until February 11, 2010 to file their Joint Pretrial Order, Trial Brief, Motions in Limine, and Proposed Voir Dire/Jury Instructions.

PROPOSED ORDER GRANTING
DEFENDANT'S MOTION FOR
EXTENSION OF PRETRIAL FILING
DEADLINES
C08-5578 RBL

1

MILLISOR & NOBIL, CO., LPA
9150 South Hills Blvd., Suite 300
Cleveland, Ohio 44147
(440) 838-8800

Presented By:

1

2  James D. Kurek                                    Dated this 29th Day of January, 2010
3  jkurek@millisor.com
   MILLISOR & NOBIL CO., L.P.A.
4  9150 South Hills Boulevard, Ste. 300
   Cleveland, Ohio 44147                             RONALD B. LEIGHTON
5  Ph: (440) 838-8800 / Fax: (440) 838-8805          UNITED STATES DISTRICT JUDGE
   *Appearing Pro Hac Vice*
6
   Kenneth J. Diamond (WSBA #27009)
7  ken@winterbauerdiamond.com
   WINTERBAUER & DIAMOND, PLLC
8  1200 Fifth Avenue, Suite 1910
   Seattle, Washington 98101
9  Ph: (206) 676-8440

10
   *Attorneys For Defendant,*
11 *Yokohama Tire Corp.*

12

13

14

15

16

17

18

19

20

21

22

23

24

25